IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 7:19-CR-19 (HL) |
| v. : | |
| : | |
| VICTORIA JUNE VELEZ, : | |
| : | |
| Defendant : | |
| : | |

**ORDER**

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment as to VICTORIA JUNE VELEZ are hereby DISMISSED with prejudice.

SO ORDERED this  23rd  day of      August      , 2021.


                                s/Hugh Lawson
                                HUGH LAWSON
                                SENIOR UNITED STATES DISTRICT JUDGE


Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov