IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NUMBER 7:19-CR-19 |
| VS. | : | |
| | : | |
| VICTORIA JUNE VELEZ, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| COLONY BANK | : | |
| | : | |
| Garnishee. | : | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ he had in its possession or under its control personal property belonging to and due defendant, in the sum of $6,113.30.

The defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that **garnishee pay the sum of $1,200.00 to plaintiff** to be applied toward payment of Defendant's indebtedness to Plaintiff in the above-referenced case.  Payment should be made payable to the U.S. District Court and mailed to the U.S. District Court, Attn: Clerk's Office, P.O. Box 128, Macon, GA  31201-0128.  Upon payment, the hold on the defendant's account should be released.

SO ORDERED, this   12  day of  April, 2022.

s/Hugh Lawson
_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA